# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REBECCA A. FREED )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE )<br>Commissioner )<br>of Social Security, )<br>    Defendant )<br>_____) | Civil Action No. 09-12160-PBS |

## [PROPOSED] ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Defendant's renewed request to remand this action for further development of the record by an administrative law judge ("ALJ"), it is ordered that, upon remand, the ALJ will be directed to do the following: 1) reevaluate the medical opinion evidence; 2) reevaluate the claimant's residual functional capacity; and 3) if warranted, obtain supplemental vocational expert evidence.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this ___30___ day of ___September___

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE